The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Beau Chandler, <br><br> Plaintiff, <br><br> vs. <br><br> O.M.A. Construction, Inc., <br><br> Defendant. | Case No. 2:23-cv-00815-BJR <br><br> ORDER GRANTING **IN PART** STIPULATED MOTION TO MODIFY CASE SCHEDULE TO EXTEND THREE PRE-TRIAL DEADLINES |

The Court finds good cause exists and the Stipulated Motion to Extend Pre-Trial Deadlines is GRANTED in part. ***However, the Court continues the dispositive motions deadline to February 2, 2024, not March 1, 2024*** as requested, to accommodate the Court's schedule.

| Event | New Dates: |
|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | January 1, 2024 |
| Discovery completed by | January 19, 2024 |
| All dispositive motions must be filed by | February 2, 2024 |

///

///

ORDER GRANTING STIPULATED MOTION TO EXTEND PRE-TRIAL DEADLINES – 1
*Chandler v. O.M.A. Construction, Inc.*, Case No. *2:23-CV-00815-BJR*

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233

All other pre-trial deadlines are to remain unchanged, including the trial date, which is scheduled to begin June 10, 2024.

**SO ORDERED.**

Dated this 19th day of October, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND PRE-TRIAL DEADLINES – 2
*Chandler v. O.M.A. Construction, Inc.,* Case No. *2:23-CV-00815-BJR*

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233